AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

|  |  |
|---|---|
| REV. DERRELL WADE, and REV. REUBEN J. BOYD, JR., on behalf of all others similarly situated, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| NEWPORT GROUP, INC., SYMETRA FINANCIAL CORPORATION, AFRICAN METHODIST EPISCOPAL CHURCH, REV. DR. JEROME V. HARRIS, BISHOP SAMUEL L. GREEN, SR., ESTATE OF BISHOP MCKINLEY YOUNG, BISHOP JAMES DAVIS, AFRICAN METHODIST EPISCOPAL CHURCH, AMERICAN EXPRESS CO., SAFECO INSURANCE CO. OF AMERICA, RSM MCGLADREY, DOE CORPORATIONS 1-10, AND JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   3:22-cv-00179

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Symetra Financial Corporation
c/o National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David Hilton Wise
WISE LAW FIRM, PLC
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Tel: (703) 934-6377
dwise@wiselaw.pro

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   4/6/2022 _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:22-cv-00179

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                    *Server's signature*

                                                      _____
                                                                    *Printed name and title*


                                                      _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| REV. DERRELL WADE, and REV. REUBEN J. BOYD, JR., on behalf of all others similarly situated, | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  3:22-cv-00179 |
| v. | ) | |
| NEWPORT GROUP, INC., SYMETRA FINANCIAL CORPORATION, AFRICAN METHODIST EPISCOPAL CHURCH, REV. DR. JEROME V. HARRIS, BISHOP SAMUEL L. GREEN, SR., ESTATE OF BISHOP MCKINLEY YOUNG, BISHOP JAMES DAVIS, AFRICAN METHODIST EPISCOPAL CHURCH, AMERICAN EXPRESS CO., SAFECO INSURANCE CO. OF AMERICA, RSM MCGLADREY, DOE CORPORATIONS 1-10, AND JOHN DOES 1-10, | ) ) ) ) ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Safeco Insurance Co. of America
c/o Office of the Insurance Commissioner
Service of Legal Process
5000 Capitol Blvd. SE
Tumwater, WA 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David Hilton Wise
WISE LAW FIRM, PLC
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Tel: (703) 934-6377
dwise@wiselaw.pro

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   4/6/2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:22-cv-00179

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*


                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| REV. DERRELL WADE, and REV. REUBEN J. BOYD, JR., on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> **NEWPORT GROUP, INC., SYMETRA FINANCIAL CORPORATION, AFRICAN METHODIST EPISCOPAL CHURCH, REV. DR. JEROME V. HARRIS, BISHOP SAMUEL L. GREEN, SR., ESTATE OF BISHOP MCKINLEY YOUNG, BISHOP JAMES DAVIS, AFRICAN METHODIST EPISCOPAL CHURCH, AMERICAN EXPRESS CO., SAFECO INSURANCE CO. OF AMERICA, RSM MCGLADREY, DOE CORPORATIONS 1-10, AND JOHN DOES 1-10,** <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.  3:22-cv-00179 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RSM MCGLADREY
c/o C T CORPORATION SYSTEM
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     David Hilton Wise
WISE LAW FIRM, PLC
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Tel: (703) 934-6377
dwise@wiselaw.pro

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   4/6/2022 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:22-cv-00179

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                       *Server's signature*

                                            _____
                                                       *Printed name and title*

                                            _____
                                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| REV. DERRELL WADE, and REV. REUBEN J. BOYD, JR., on behalf of all others similarly situated, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| NEWPORT GROUP, INC., SYMETRA FINANCIAL CORPORATION, AFRICAN METHODIST EPISCOPAL CHURCH, REV. DR. JEROME V. HARRIS, BISHOP SAMUEL L. GREEN, SR., ESTATE OF BISHOP MCKINLEY YOUNG, BISHOP JAMES DAVIS, AFRICAN METHODIST EPISCOPAL CHURCH, AMERICAN EXPRESS CO., SAFECO INSURANCE CO. OF AMERICA, RSM MCGLADREY, DOE CORPORATIONS 1-10, AND JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   3:22-cv-00179

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rev. Dr. Jerome V. Harris
3197 Club Breeze Drive
Memphis, TN 38125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David Hilton Wise
WISE LAW FIRM, PLC
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Tel: (703) 934-6377
dwise@wiselaw.pro

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  ___4/6/2022___                                        _____
                                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:22-cv-00179

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                    *Server's signature*

                                         _____
                                                    *Printed name and title*


                                         _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| REV. DERRELL WADE, and REV. REUBEN J. BOYD, JR., on behalf of all others similarly situated, | ) ) ) ) |
| _____<br>*Plaintiff(s)* | ) ) |
| v. | ) |
| NEWPORT GROUP, INC., SYMETRA FINANCIAL CORPORATION, AFRICAN METHODIST EPISCOPAL CHURCH, REV. DR. JEROME V. HARRIS, BISHOP SAMUEL L. GREEN, SR., ESTATE OF BISHOP MCKINLEY YOUNG, BISHOP JAMES DAVIS, AFRICAN METHODIST EPISCOPAL CHURCH, AMERICAN EXPRESS CO., SAFECO INSURANCE CO. OF AMERICA, RSM MCGLADREY, DOE CORPORATIONS 1-10, AND JOHN DOES 1-10,<br>_____<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   3:22-cv-00179

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Newport Group, Inc.
c/o Corporation Service Company
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David Hilton Wise
WISE LAW FIRM, PLC
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Tel: (703) 934-6377
dwise@wiselaw.pro

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:   4/6/2022   _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:22-cv-00179

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____                    _____

                                                   *Server's signature*

                                          _____

                                                  *Printed name and title*



                                          _____

                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| REV. DERRELL WADE, and REV. REUBEN J. BOYD, JR., on behalf of all others similarly situated, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| NEWPORT GROUP, INC., SYMETRA FINANCIAL CORPORATION, AFRICAN METHODIST EPISCOPAL CHURCH, REV. DR. JEROME V. HARRIS, BISHOP SAMUEL L. GREEN, SR., ESTATE OF BISHOP MCKINLEY YOUNG, BISHOP JAMES DAVIS, AFRICAN METHODIST EPISCOPAL CHURCH, AMERICAN EXPRESS CO., SAFECO INSURANCE CO. OF AMERICA, RSM MCGLADREY, DOE CORPORATIONS 1-10, AND JOHN DOES 1-10, | ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   3:22-cv-00179

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bishop Samuel L. Green, Sr.
110 Pisgah Church Rd.
Columbia, SC  29203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     David Hilton Wise
WISE LAW FIRM, PLC
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Tel: (703) 934-6377
dwise@wiselaw.pro

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     4/6/2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:22-cv-00179

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| REV. DERRELL WADE, and REV. REUBEN J. BOYD, JR., on behalf of all others similarly situated, <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> **NEWPORT GROUP, INC., SYMETRA FINANCIAL CORPORATION, AFRICAN METHODIST EPISCOPAL CHURCH, REV. DR. JEROME V. HARRIS, BISHOP SAMUEL L. GREEN, SR., ESTATE OF BISHOP MCKINLEY YOUNG, BISHOP JAMES DAVIS, AFRICAN METHODIST EPISCOPAL CHURCH, AMERICAN EXPRESS CO., SAFECO INSURANCE CO. OF AMERICA, RSM MCGLADREY, DOE CORPORATIONS 1-10, AND JOHN DOES 1-10,** <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.   3:22-cv-00179 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bishop James Davis
3096 Washington Rd.
Atlanta, GA 30344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David Hilton Wise
WISE LAW FIRM, PLC
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Tel: (703) 934-6377
dwise@wiselaw.pro

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   _____4/6/2022_____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:22-cv-00179

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                           *Server's signature*

                                            _____
                                                           *Printed name and title*

                                            _____
                                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| REV. DERRELL WADE, and REV. REUBEN J. BOYD, JR., on behalf of all others similarly situated, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| NEWPORT GROUP, INC., SYMETRA FINANCIAL CORPORATION, AFRICAN METHODIST EPISCOPAL CHURCH, REV. DR. JEROME V. HARRIS, BISHOP SAMUEL L. GREEN, SR., ESTATE OF BISHOP MCKINLEY YOUNG, BISHOP JAMES DAVIS, AFRICAN METHODIST EPISCOPAL CHURCH, AMERICAN EXPRESS CO., SAFECO INSURANCE CO. OF AMERICA, RSM MCGLADREY, DOE CORPORATIONS 1-10, AND JOHN DOES 1-10, | ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   3:22-cv-00179

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AMERICAN EXPRESS CO.
c/o C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David Hilton Wise
WISE LAW FIRM, PLC
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Tel: (703) 934-6377
dwise@wiselaw.pro

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    4/6/2022
_____     _____
                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:22-cv-00179

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                      *Server's signature*

                                      _____
                                      *Printed name and title*

                                      _____
                                      *Server's address*

Additional information regarding attempted service, etc: