IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

REV. DERRELL WADE, *et al.*,
    Plaintiffs,

v.                                                             Civil No. 3:22cv179 (DJN)

NEWPORT GROUP, INC., *et al.*,
    Defendants.

## ORDER
### (Administratively Closing Case)

This matter comes before the Court on the Transfer Order (ECF No. 27) entered by the Panel on Multidistrict Litigation transferring this case to the Western District of Tennessee for coordinated or consolidated pretrial proceedings. In light of this matter's transfer on June 3, 2022, the Court hereby ADMINISTRATIVELY CLOSES this case during the pendency of the coordinated or consolidated pretrial proceedings.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                /s/
                                                     David J. Novak
                                                     United States District Judge

Richmond, Virginia
Dated: June 6, 2022